UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BELL-SPARROW,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICA ARBITRATION ASSOCIATION,<br><br>    Defendant. | Case No. 19-cv-00997-TSH<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE ELECTRONICALLY**<br><br>Re: Dkt. No. 11 |

Before the Court is the request of pro se Plaintiff Arlene Bell-Sparrow to file documents electronically through the e-filing system. ECF No. 11. Good cause appearing, the request is hereby **GRANTED**, on condition Plaintiff register as an Electronic Case Filing User on the Court's website. Specifically, Plaintiff must follow the registration procedure set forth on the Court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice confirming registration. If such notice is filed, Defendant shall be relieved of the duty to serve Plaintiff with paper copies of electronically-filed documents.

**IT IS SO ORDERED.**

Dated: June 4, 2019

THOMAS S. HIXSON
United States Magistrate Judge