UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BELL-SPARROW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T INC.,<br><br>　　　　Defendant. | Case No. 19-cv-00997-TSH<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 34 |

On December 1, 2019, the parties filed a stipulation to arbitrate Plaintiff's disputes in accordance with the procedures of the AAA and to dismiss this action as moot due to the lack of controversy between the parties. ECF No. 34. Good cause appearing, the Court **GRANTS** the parties' request and **DISMISSES** this action pursuant to stipulation.

　　**IT IS SO ORDERED.**

Dated: December 2, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge